No. 842. UNITED STATES RUBBER CO. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *D. Nelson Adams* and *John A. Reed* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Lee A. Jackson* and *Harry Marselli* for respondent.

No. 894. WILLEY *v.* REVIEW COMMITTEE, VENUE VII, COMMODITY STABILIZATION SERVICE, U. S. DEPARTMENT OF AGRICULTURE. C. A. 8th Cir. Certiorari denied. *Lyle B. Gill* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for respondent.

No. 897. BROOKSHIRE ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. *Frank Thomas Miller, Jr.* for petitioners. *Solicitor General Rankin, Assistant. Attorney General Rice, Harry Baum* and *Carolyn R. Just* for respondent.

No. 906. MATSON NAVIGATION CO. *v.* PACIFIC FAR EAST LINE, INC., ET AL.; and
No. 907. FEDERAL MARITIME BOARD ET AL. *v.* PACIFIC FAR EAST LINE, INC., ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Alvin J. Rockwell* and *Willis R. Deming* for petitioner in No. 906. *E. Robert Seaver, Robert E. Mitchell, Edward Aptaker* and *Edward Schmeltzer* for the Federal Maritime Board et al., petitioners in No. 907. *Solicitor General Rankin, Acting Assistant Attorney General Bicks, Richard A. Solomon* and *Henry Geller* for the. United States in opposition. *Donald E. Van Koughnet* for Pacific Far East Line, Inc., respondent. Reported below: 107 U. S. App. D. C. 155, 275 F. 2d 184.